DEFENDANT  Rusty Daniel Cook

YOB: ██████ /1984/

ADDRESS: ███████████████ CO 81641

COMPLAINT FILED?  _____ YES  ✓ NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER: _____
    IF NO, PROCEED TO "OFFENSE" SECTION

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? No

OFFENSE: Reckless Driving

LOCATION OF OFFENSE: BLM

PENALTY: Up to 6 months jail, up to $5,000.00 fine, $10 special assessment

AGENT: Brown

AUTHORIZED BY:

ESTIMATED TIME OF TRIAL:

    ✓ five days or less   _____ over five days   _____ other

THE GOVERNMENT
    _____ will seek detention in this case
    ✓ will **not** seek detention in this case

The statutory presumption of detention **is not** applicable to this defendant.

The Government will / will not seek detention in this case.
Class ___ Misdemeanor:
    Right to **jury** trial?   Yes / No
    **Waiver** to proceed before Magistrate Judge necessary?   Yes / No